UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 JUL -8 PM 5:04
CLERK _____
SO. DIST. OF GA.

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| ARKEEM COLLINS | ) Prohibited Person |

CR420  059

THE GRAND JURY CHARGES THAT:

### COUNT ONE
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about May 31, 2020, in Chatham County, within the Southern District of Georgia, the Defendant,

**ARKEEM COLLINS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a Brescia, .25 caliber pistol, and ammunition, to wit: 5 rounds, all in and affecting interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

(*Signatures on next page*)

A True Bill.

_____
Foreperson

_____
Bobby L. Christine
United States Attorney

_____
Joshua S. Bearden
Assistant United States Attorney
*Lead Counsel

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division